# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  COLIN D. CHAMPION & SHERENA L. CHAMPION            Case Number: 04-72393
3325 NEW ENGLAND DRIVE            SSN-xxx-xx-1848 & xxx-xx-6026
ROCKFORD, IL  61109

|  |  |
|---|---|
| Case filed on: | 5/5/2004 |
| Plan Confirmed on: | 7/9/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $50,169.99            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | COLIN D. CHAMPION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | ABD FEDERAL CREDIT UNION | 406.13 | 406.13 | 406.13 | 66.91 |
| 002 | ABD FEDERAL CREDIT UNION | 5,788.80 | 5,788.80 | 5,788.80 | 939.36 |
| 003 | ABD FEDERAL CREDIT UNION | 20,335.11 | 20,335.11 | 20,335.11 | 3,292.86 |
| 004 | COUNTRYWIDE HOME LOANS INC | 83,539.42 | 0.00 | 0.00 | 0.00 |
| 005 | COUNTRYWIDE HOME LOANS INC | 9,926.31 | 9,926.31 | 9,926.31 | 0.00 |
| 005 | COUNTRYWIDE HOME LOANS INC | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
| 006 | CHRYSLER HOURLY EMPLOYEES' | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | GATEWAY CREDIT CARD PLAN | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
| 008 | LIFETIME ASSOCIATES | 959.86 | 959.86 | 959.86 | 0.00 |
|  | Total Secured | 122,955.63 | 39,416.21 | 39,416.21 | 4,299.13 |
|  |  |  |  |  |  |
| 007 | GATEWAY CREDIT CARD PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS INTERCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROUNDUP FUNDING LLC | 446.99 | 446.99 | 446.99 | 0.00 |
| 012 | MX ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | B-FIRST LLC | 1,757.63 | 1,757.63 | 1,757.63 | 0.00 |
| 015 | AFNI/VERIZON | 161.61 | 161.61 | 161.61 | 0.00 |
| 016 | JEFFERSON CAPITAL SYSTEMS, LLC | 564.84 | 564.84 | 564.84 | 0.00 |
|  | Total Unsecured | 2,931.07 | 2,931.07 | 2,931.07 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 125,886.70 | 42,347.28 | 42,347.28 | 4,299.13 |

| | |
|---|---|
| Total Paid Claimant: | $46,646.41 |
| Trustee Allowance: | $3,523.58 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008            By _/s/Heather M. Fagan_